JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

8:08cv147

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1938

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 8, 2008, the Panel transferred 21 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dennis M. Cavanaugh.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Cavanaugh.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 8, 2008, and, with the consent of that court, assigned to the Honorable Dennis M. Cavanaugh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
08 MAY 15 PM 1:
OFFICE OF THE CLERK

Page 1 of 4

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                MDL No. 1938

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2   08-129 | John D. Swindall v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN  1   08-279 | Thomas L. Sizemore v. Merck & Co., Inc., et al. |
| ALN  2   08-134 | Constantine Kanakis, et al. v. Merck & Co., Inc., et al. |
| **ARKANSAS EASTERN** | |
| ARE  4   08-86 | John H. Stanley, Jr. v. Merck & Co., Inc., et al. |
| ARE  5   08-42 | Juanita Sloan v. Merck & Co., Inc., et al. |
| **ARIZONA** | |
| ~~AZ    2    08-360~~ | ~~Robert S. Levin v. Merck/Schering-Plough Pharmaceuticals, et al.~~ |
| | Opposed 5/9/08 |
| **CALIFORNIA CENTRAL** | |
| CAC  2   08-1038 | Glenda Morgan v. Merck & Co., Inc., et al. |
| CAC  2   08-1499 | Ronald Dossey v. Merck & Co., Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE  2   08-355 | Carolyn Boyle v. Merck & Co., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  4   08-929 | Mircea Muresan v. Merck & Co., Inc., et al. |
| **DELAWARE** | |
| DE   1   08-176 | Elaine Hawk v. Merck & Co., Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM  6   08-153 | Alma Hooks, et al. v. Merck & Co., Inc., et al. |
| FLM  6   08-178 | Stephen Greenwell v. Merck & Co., Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN  5   08-58 | Jean T. Smith v. Merck & Co., Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  1   08-20317 | Moises Selesky v. Merck & Co., Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN  1   08-309 | Dewey Eugene Keith, et al. v. Merck & Co., Inc., et al. |
| GAN  1   08-417 | Gregory Flynn v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA NORTHERN** | |
| IAN  2    08-1007 | Donald Pierce, et al. v. Merck & Co., Inc., et al. |
| **IOWA SOUTHERN** | |
| IAS  1    08-13 | James A. Pratt v. Merck & Co., Inc., et al. |
| IAS  4    08-81 | Donna Greenley v. Merck & Co., Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3    08-67 | Christina Robin Wallace, et al. v. Merck & Co., Inc., et al. |
| ILS  3    08-163 | Mary Trebilcock v. Merck & Co., Inc., et al. |
| ILS  3    08-191 | Jerry Kee, et al. v. Merck & Co., Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS  1    08-210 | June Wilkins v. Merck & Co., Inc., et al. |
| INS  1    08-335 | Rick Lane v. Merck & Co., Inc., et al. |
| INS  1    08-470 | Edna Appel v. Merck & Co., Inc., et al. |
| **KANSAS** | |
| KS  2    08-2163 | Lois Roberta Bowers v. Merck & Co., Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE  2    08-784 | Kelly Fontana, et al. v. Merck & Co., Inc., et al. |
| LAE  2    08-1235 | Louisiana Health Service & Indemnity Co., etc. v. Merck & Co., Inc., et al. |
| **MASSACHUSETTS** | |
| MA  1    08-10109 | Edward Arasimowicz v. Merck & Co., Inc., et al. |
| **MARYLAND** | |
| MD  1    08-860 | Mitchell Peiser v. Merck & Co., Inc., et al. |
| **MAINE** | |
| ME  2    08-58 | Barry Zimmerman v. Merck & Co., Inc., et al. |
| **MINNESOTA** | |
| MN  0    08-220 | Daniel L. Tollefson, Sr. v. Merck & Co., Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE  4    08-123 | Chong Badgley v. Merck & Co., Inc., et al. |
| MOE  4    08-295 | William G. Krejci v. Merck & Co., Inc., et al. |
| MOE  4    08-308 | Robert L. Scheu v. Merck & Co., Inc., et al. |
| MOE  4    08-315 | Timothy J. Leyes, Sr. v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**            **CASE CAPTION**

MISSOURI WESTERN
  MOW 2  08-4021          Steve Dillon, et al. v. Merck & Co., Inc., et al.
  MOW 4  08-145           Marie Maley v. Merck & Co., Inc., et al.
  MOW 4  08-153           Beverly Walden v. Merck & Co., Inc., et al.
  MOW 4  08-172           Anthony Neland v. Merck & Co., Inc., et al.
  MOW 4  08-187           Wei Chan v. Merck & Co., Inc., et al.
  ~~MOW 6  08-3119~~          ~~John Grant, et al. v. Merck/Schering-Plough Pharmaceuticals, et al.~~
                              Opposed 5/9/08

MISSISSIPPI SOUTHERN
  MSS 2  08-74            Iley Joe Payne v. Merck & Co., Inc., et al.
  MSS 5  08-10            Roy Davis v. Merck & Co., Inc., et al.

MONTANA
  MT 6  08-18             Janet Lamping v. Merck & Co., Inc., et al.

NORTH CAROLINA WESTERN
  NCW 3  08-66           Susan Bodnar v. Merck & Co., Inc., et al.

NEBRASKA
  NE 8  08-147           Robert Stanley v. Merck & Co., Inc., et al.

NEW MEXICO
  NM 6  08-89            Reverend John Carl Adams v. Merck & Co., Inc., et al.

NEVADA
  NV 3  08-64            Bruce J. Bitter, et al. v. Merck & Co., Inc., et al.

NEW YORK EASTERN
  NYE 2  08-344           Andrew Schwaeber v. Merck & Co., Inc., et al.

OKLAHOMA EASTERN
  OKE 6  08-110           Sharon Loeffler v. Merck & Co., Inc., et al.

PUERTO RICO
  PR 3  08-1206          James Cumba, et al. v. Merck & Co., Inc., et al.

SOUTH CAROLINA
  SC 0  08-518            Gloria Brown v. Merck & Co., Inc., et al.
  SC 3  08-318            Jeffrey D. Morgan, M.D. v. Merck & Co., Inc. et al.

TENNESSEE EASTERN
  TNE 1  08-33           Evelyn Igou, et al. v. Merck & Co., Inc., et al.

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TENNESSEE WESTERN** | |
| TNW 1   08-1043 | Gary Lackey v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 9   08-19 | Robert S. Love v. Merck & C., Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 2   08-34 | Roberto DeLeon v. Schering-Plough Corp., et al. |
| TXS 3   08-84 | James J. Janik v. Merck & Co., Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 3   08-162 | Virginia Miller, et al. v. Merck & Co., Inc., et al. |
| WVS 3   08-195 | Debra Lynn Lewis, et al. v. Schering-Plough Pharmaceuticals, Inc., et al. |

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1938

## INVOLVED COUNSEL LIST (CTO-1)

Gregory W. Aleshire
ALESHIRE ROBB & SIVILS PC
2847 Ingram Mill Road
Suite A-102
Springfield, MO 65804

Craig O. Asbill
CHARLES G MONNETT III & ASSOCIATES
P.O. Box 37206
Charlotte, NC 28237

Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501

Michael L. Baum
BAUM HEDLUND ARISTEI & GOLDMAN
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025-7106

Effie V. Bean
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Benjamin A. Bertram
BERTRAM & GRAF LLC
9229 Ward Parkway
Suite 225
Kansas City, MO 64114

Steven J. Boranian
REED SMITH LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111-4106

Karen A. Braje
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922

Turner W. Branch
BRANCH LAW FIRM
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Patrick G. Broderick
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200

Brandon L. Buchanan
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

John M. Burnett
BURNETT LAW FIRM
320 Gold Avenue, SW
Albuquerque, NM 87102

W. Stuart Calwell
CALWELL PRACTICE
500 Randolph Street
Charleston, WV 25302

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

William T. Causby
NELSON MULLINS RILEY & SCARBOROUGH LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Jordan Lucas Chaikin
PARKER WAICHMAN ALONSO LLP
27399 Riverview Center Boulevard
Suite 106
Bonita Springs, FL 34134

George Edmond Chandler
CHANDLER LAW OFFICES
P.O. Box 340
Lufkin, TX 75901-0340

Richard E. Crum
SHEALY CRUM & PIKE PC
P.O. Box 6346
Dothan, AL 36302-6346

Patrick F. Curran
PATRICK F CURRAN PC
P.O. Box 936
Ottumwa, IA 52501

Robert Thomas Dassow
HOVDE DASSOW & DEETS LLC
10585 N. Meridian Street
Suite 205
Indianapolis, IN 42690

H. Peter Del Bianco, Jr.
LAMBERT & COFFIN
477 Congress Street
14th Floor
P.O. Box 15215
Portland, ME 04112-5215

John J. Driscoll
BROWN & CROUPPEN PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

R. Terrance Duddy
KELLY REMMEL & ZIMMERMAN
53 Exchange Street
P.O. Box 597
Portland, ME 04112

James R. Dugan II
MURRAY LAW FIRM
Poydras Center
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Timothy A. Engelmeyer
ENGELMEYER & PEZZANI LLC
13321 N. Outer Forty Road
Suite 300
Chesterfield, MO 63017

Rafael Escalera-Rodriquez
RICHARD & ESCALERA
P.O. Box 36418
San Juan, PR 00936-4148

Annette Cristin Escobar
ASTIGARRAGA DAVIS
701 Brickell Avenue
Suite 1650
Miami, FL 33131-2847

Joel R. Euler
EULER LAW OFFICES LLP
137 South Main Street
P. O. Box 326
Troy, KS 66087

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Lawrence Alan Fogel, Jr.
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Eric H. Gibbs
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108

Justin S. Gilbert
GILBERT LAW FIRM
P.O. Box 11357
2021 Greystone Park
Jackson, TN 38308

James R. Grisham
GULAS & STUCKEY
2031 2nd Avenue North
Birmingham, AL 35203

Jerry Guerra
555 North Carancahua
Suite 200
Corpus Christi, TX 78478

Alan Thomas Hargrove, Jr.
RUSHTON STAKELY JOHNSTON & GARRETT PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Lance August Harke
HARKE & CLASBY LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130

Aaron L. Harrah
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Barry M. Hill
HILL WILLIAMS PLLC
89 Twelfth Street
Wheeling, WV 26003

Todd Eugene Hilton
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112

Steven Randall Hood
MCGOWAN HOOD & FELDER LLC
1539 Healthcare Drive
Rock Hill, SC 29732

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS
& CANNADA PLLC
210 East Capitol Street
Suite 1700 Regions Plaza
P.O. Box 22567
Jackson, MS 39225-2567

Martin A. Kasten
FRIDAY ELDREDGE & CLARK LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3522

Richard S. Krumholz
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Archie C. Lamb, Jr.
LAMB FIRM
2900 1st Avenue South
Birmingham, AL 35233

## MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)

James Dale Lawrence
BRYAN CAVE LLP
1200 Main Street
Suite 3500
Kansas City, MO 64105-2100

C.W. Leaphart, Jr.
LEAPHART LAW FIRM
2525 Colonial Drive
Suite D
Helena, MT 59601

Gregory M. Lederer
LEDERER WESTON & CRAIG PLC
118 3rd Avenue, S.E.
Suite 700 Higley Building
P.O. Box 1927
Cedar Rapids, IA 52406-1927

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Kevin George Lohman
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Michael A. London
DOUGLAS & LONDON PC
111 John Street
Suite 1400
New York, NY 10038

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

John Michael Love
LOVE & WILLS
202 East Lufkin Avenue
Suite 201
Lufkin, TX 75901

DeWitt M. Lovelace
LOVELACE LAW FIRM PA
36474 Emerald Coast Parkway
Suite 4202
Destin, FL 32541

Kimberly F. Lowe
LOWE & LOWE LLC
117 North Benton Street
Waynesville, MO 65583

John Phillip MacNaughton
MORRIS MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Brian J. Madden
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112-2255

Steven R. Maher
MAHER LAW FIRM
631 West Morse Boulevard
Suite 200
Winter Park, FL 32789

Steven R. Maher
MAHER LAW FIRM
6320 Canoga Avenue
Suite 1620
Woodland Hills, CA 91367

Stefan A. Mallen
BRYAN CAVE LLP
One Metropolitan Square
Suite 3600
211 North Broadway
St. Louis, MO 63102-2750

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Stephen D. Martin
NELSON MULLINS RILEY & SCARBOROUGH LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

David L. Martindale
HORTMAN HARLOW MARTINDALE BASSI ET AL
P.O. Box 1409
Laurel, MS 39441-1409

Robert R. McCoy
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Robert R. McCoy
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

David S. McCrea
MCCREA & MCCREA
119 South Walnut Street
P.O. Box 1310
Bloomington, IN 47402

Marilyn T. McGoldrick
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Warren R. McGraw II
MCGRAW LAW OFFICES
P.O. Box 279
Prosperity, WV 25909-0279

Christopher J. Michie
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Marie Bernarde Miller
GILL ELROD RAGON OWEN & SHERMAN PA
Metropolitan Tower, Suite 3801
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

Edward Maurice Mullins
ASTIGARRAGA DAVIS
701 Brickell Avenue
Suite 1650
Miami, FL 33131

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, IN 46202-2415

Gary S. Nitsche
WEIK NITSCHE DOUGHERTY & COMPONOVO
1300 North Grant Avenue
Suite 101
Wilmington, DE 19806

Keenan R.S. Nix
MORGAN & MORGAN PA
191 Peachtree Street, N.E.
Suite 4200
Atlanta, GA 30303

Charles Andrew O'Brien III
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, LA 70898-9029

Leonard Arnold Orman
ORMAN LAW FIRM
26 South Street
Baltimore, MD 21202

Jerrold S. Parker
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Robert M. Partain
O'DONNELL & ASSOCIATES PC
550 South Hope Street
Suite 1000
Los Angeles, CA 90071

Gary R. Pearson
PEARSON LAW FIRM
221 South 66th Street
Lincoln, NE 68510

Ronnie Glynn Penton
LAW OFFICES OF RONNIE G PENTON
2250 Gause Boulevard East
Suite 310
Slidell, LA 70458

Derek H. Potts
POTTS LAW FIRM LLC
715 May Street
Suite 100
Kansas City, MO 64105

Eric M. Quetglas-Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908-6606

Julie L. Rhoades
MATTHEWS & ASSOCIATES
2905 Sackett
Houston, TX 77098

Foster Robberson
LEWIS & ROCA LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

Kevin C. Roberts
BREEZE ROBERTS PONDER-BATES
& ZIMMER LLC
10438 Highway 21
P.O. Box 888
Hillsboro, MO 63050

Edward D. Robertson, Jr.
BARTIMUS FRICKLETON ROBERTSON
& GORNY PC
715 Swifts Highway
Jefferson City, MO 65109

James J. Rosemergy
CAREY & DANIS LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-3786

Timothy Arthur Rowe
ROWE & HAMILTON
22 East Washington Street
600 Victoria Centre
Indianapolis, IN 46204

Robert W. Russell
KEMPTON & RUSSELL LLC
114 East 5th Street
P.O. Box 815
Sedalia, MO 65301

Mark D. Samson
KELLER ROHRBACK PLC
National Bank Plaza
3101 N. Central Avenue
Suite 1400
Phoenix, AZ 85012-2600

Lynn L. Sarko
KELLER ROHRBACK LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Douglas G. Schneebeck
MODRALL SPERLING ROEHL HARRIS
& SISK P A
P.O. Box 2168
Albuquerque, NM 87103

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Kari A. Schulte
COOK VETTER DOERHOFF & LANDWEHR
231 Madison Street
Jefferson City, MO 65101

Thomas E. Schwartz
HOLLORAN WHITE & SCHWARTZ LLP
2000 South Eighth Street
St. Louis, MO 63104

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112

James Paul Sizemore
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Richard C. Stanley
STANLEY FLANAGAN & REUTER L L C
909 Poydras Street
LL&E Tower
Suite 2500
New Orleans, LA 70112

Fernando Xavier Starkes
STARKES LAW FIRM
P.O. Box 1497
Columbia, SC 29202

Ranae D. Steiner
HEINS MILLS & OLSON PLC
310 Clifton Avenue
Minneapolis, MN 55403

Joseph Gordon Stewart, Jr.
JOSEPH G STEWART JR PC
6987 Halcyon Park Drive
P.O. Box 911
Montgomery, AL 36117

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Boulevard
19th Floor
Los Angeles, CA 90025

Stephen G. Strauss
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Joseph Preston Strom, Jr.
STROM LAW FIRM LLC
2110 North Beltline Boulevard
Suite A
Columbia, SC 29204-3905

Dennis C. Sweet III
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, MS 39201

Gerald B. Taylor
TAYLOR LAW FIRM LLC
7208 Fairwoods Place
Montgomery, AL 36117

Thomas P. Thrash
THRASH LAW FIRM
1101 Garland Street
Little Rock, AR 72201

John H. Tinney
TINNEY LAW FIRM PLLC
P.O. Box 3752
Charleston, WV 25337-3752

Marvin L. Vannier
VANNIER LAW FIRM
1221 East Pierce Street
Suite 200
Council Bluffs, IA 51503

**MDL No. 1938 - Involved Counsel List (CTO-1) (Continued)**

Thomas W. Wagstaff
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Jeffrey L. Walters
CLEMENS WALTERS CONLON & MEYER LLP
2080 Southpark Court
Dubuque, IA 52003

J. Michael Weilmuenster
WEILMUENSTER & WIGGINTON
3201 West Main Street
Belleville, IL 62226

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Lee A. Weiss
DREIER LLP
499 Park Avenue
New York, NY 10022

Mark G. Wermerskirchen
WERMERSKIRCHEN LAW OFFICE PA
P.O. Box 1002
Willmar, MN 56201

J. Stewart White
WHITE MEANY & WETHERALL LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Brian L. Williams
GUSTAFSON GLUEK PLLC
608 Second Avenue South
650 Northstar East
Minneapolis, MN 55402

Benjamin C. Wilson
RUSHTON STAKELY JOHNSTON & GARRETT PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Edward Kirskey Wood, Jr.
LAW OFFICES OF EDWARD KIRK WOOD
P.O. Box 382434
Birmingham, AL 35283

Clinton R. Wright
ROBERTS LAW FIRM PC
215 Chesterfield Business Parkway
Suite A
Chesterfield, MO 63005

Thomas M. Wright
WRIGHT STOUT & WILBURN
300 West Broadway, Suite A
P.O. Box 707
Muskogee, OK 74401

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                    MDL No. 1938

## INVOLVED JUDGES LIST (CTO-1)

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. L. Scott Coogler
U.S. District Judge
304 Federal Building
1118 Greensboro Avenue
Tuscaloosa, AL 35401

Hon. James Maxwell Moody
U.S. District Judge
381 Richard Sheppard Arnold US Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
Richard Sheppard Arnold
U.S. Courthouse, Suite 360
600 West Capitol Avenue
Little Rock, AR 72201

~~Hon. David G. Campbell~~
~~U.S. District Judge~~
~~623 Sandra Day O'Connor U.S. Courthouse~~
~~401 West Washington Street~~
~~Phoenix, AZ 85003-2146~~

Hon. Christina A. Snyder
U.S. District Judge
U.S. Courthouse
218J U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. George H. Wu
U.S. District Judge
128 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Ronald S.W. Lew
Senior U.S. District Judge
544 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Gregory M. Sleet
Chief Judge, U.S. District Court
4324 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
1200 U.S. Courthouse
401 West Central Boulevard
Suite 3650
Orlando, FL 32801

Hon. John Richard Smoak, Jr.
U.S. District Judge
210 Gulf Coast Building
30 West Government Street
Panama City, FL 32401

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

**MDL No. 1938 - Involved Judges List (CTO-1) (Continued)**

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Federal Building
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Beverly B. Martin
U.S. District Judge
Richard B. Russell Federal Building & US Courthouse
23rd Floor
75 Spring Street, SW
Atlanta, GA 30303

Hon. Edward J. McManus
Senior U.S. District Judge
Federal Building & U.S. Courthouse
101 First Street, S.E., Room 329
Cedar Rapids, IA 52401

Hon. Charles R. Wolle
Senior U.S. District Judge
110 E. Court, Room 403
Des Moines, IA 50309

Hon. Ronald E. Longstaff
Senior U.S. District Judge
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Federal Building & US Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. David F. Hamilton
Chief Judge, U.S. District Court
330 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Boulevard
Evansville, IN 47708

Hon. Kathryn H. Vratil
Chief Judge, U.S. District Court
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Eldon E. Fallon
U.S. District Judge
C-456 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Mary Ann Vial Lemmon
U.S. District Judge
C-406 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Reginald C. Lindsay
U.S. District Judge
5130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
7A Edward A. Garmatz Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal Courthouse
156 Federal Street, 2nd Floor
Portland, ME 04101-4152

**MDL No. 1938 - Involved Judges List (CTO-1) (Continued)**

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Catherine D. Perry
U.S. District Judge
14S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Nanette K. Laughrey
U.S. District Judge
307 United States Courthouse
131 West High Street
Jefferson City, MO 65101-1557

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Dean Whipple
Senior U.S. District Judge
Charles Evans Whittaker U.S. Courthouse, 8th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street, 8th Floor
Kansas City, MO 64106

~~Hon. Richard E. Dorr~~
~~U.S. District Judge~~
~~United States District Court~~
~~222 North John Q. Hammons Parkway~~
~~Suite 3100~~
~~Springfield, MO 65806~~

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Building
701 N. Main Street
Hattiesburg, MS 39401

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Building
701 N. Main Street
Hattiesburg, MS 39401

Hon. Charles C. Lovell
Senior U.S. District Judge
Paul G. Hatfield U.S. Courthouse
901 Front Street, Suite 3100
Helena, MT 59626-9708

Hon. Frank D. Whitney
U.S. District Judge
United States District Court
195 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

**MDL No. 1938 - Involved Judges List (CTO-1) (Continued)**

Hon. Martha Vazquez
Chief Judge, U.S. District Court
Santiago E. Campos U.S. Courthouse
106 South Federal Place, 2nd Floor
Santa Fe, NM 87501

Hon. Larry R. Hicks
U.S. District Judge
804 Bruce R. Thompson U.S. Courthouse
400 South Virginia Street
Reno, NV 89501

Hon. Arthur D. Spatt
Senior U.S. District Judge
United States District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Aida M. Delgado-Colon
U.S. District Judge
U.S. District Court
H-111 Clemente Ruiz Nazario Courthouse
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. Cameron McGowan Currie
U.S. District Judge
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201

Hon. Harry S. Mattice
U.S. District Judge
104 Joel W. Solomon Federal Building & US Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. James D. Todd
U.S. District Judge
444 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building & US Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Hayden W. Head, Jr
Chief Judge, U.S. District Court
1133 North Shoreline Boulevard
Suite 308
Corpus Christi, TX 78401

Hon. Keith P. Ellison
U.S. District Judge
United States District Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

Hon. Robert C. Chambers
U.S. District Judge
P.O. Box 1570
Huntington, WV 25716-1570

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                            MDL No. 1938

## INVOLVED CLERKS LIST (CTO-1)

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James W. McCormack, Clerk
U.S. District Court
P.O. Box 8307
Pine Bluff, AR 71611-8307

~~Richard H. Weare, Clerk~~
~~130 Sandra Day O'Connor U.S. Courthouse, SPC 1~~
~~401 West Washington Street~~
~~Phoenix, AZ 85003-2118~~

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32501-5625

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

James N. Hatten, Clerk
2217 Richard B. Russell Federal Building
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Robert L. Phelps, Clerk
101 First Street SE
Cedar Rapids, IA 52401

Marge Krahn, Clerk
P.O. Box 307
Council Bluffs, IA 51502

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

**MDL No. 1938 - Involved Clerks List (CTO-1) (Continued)**

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & US Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Ingrid A. Campbell, Acting Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & US Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Linda L. Jacobson, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

~~Patricia L. Brune, Clerk~~
~~1400 U.S. Courthouse~~
~~222 N. John Q. Hammons Parkway~~
~~Springfield, MO 65806~~

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Patrick E. Duffy, Clerk
901 Front Street
Suite 2100
Helena, MT 59626

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Robert M. March, Clerk
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Lance S. Wilson, Clerk
Bruce R. Thompson U.S. Courthouse
& Federal Building, Suite 301
400 South Virginia Street
Reno, NV 89501

**MDL No. 1938 - Involved Clerks List (CTO-1) (Continued)**

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

David J. Maland, Clerk
Federal Courthouse
104 N. 3rd St.
Lufkin, TX 75901

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Teresa Deppner, Clerk
U.S. District Court
P.O. Box 1570
Huntington, WV 25716-1570